UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alpine Engineering Products, Inc.,

Plaintiff,

v.

Joe Newby,

Defendant.

Court File No.: 00-CV-2597 ADM/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

It is hereby stipulated by and between plaintiff Alpine Engineering Products, Inc. and defendant Joe Newby, through their respective counsel, that the deadline for defendant to move, answer, or otherwise respond to plaintiff's Complaint shall be extended to December 29, 2000 and that the failure of defendant to so respond to the Complaint prior to December 29, 2000 shall not constitute a waiver of any defenses or rights available to defendant.

Dated: December 21, 2000

JACKSON LEWIS SCHNITZLER & KRUPMAN

By ______________________
Thomas E. Marshall (#155597)
Susan L. Segal (#137157)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 341-8131

Attorneys for Plaintiff

FILED DEC 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: December 20, 2000

DORSEY & WHITNEY LLP

By [signature]
James D. Kremer (# 211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

HEWITT & HEWITT, P.C.
Christopher M. Hewitt
2612 Thomas
Dallas, TX 75204

Attorneys for Defendant

SO ORDERED:

Dated: December 22, 2000

[signature]
The Honorable Susan R. Nelson
U.S. Magistrate Judge