ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alpine Engineered Products, Inc.,

Plaintiff,

vs.

Joe Newby,

Defendant.

Civil # 00-CV-2597 ADM/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The parties to the above entitled matter, through their respective counsel, hereby stipulate and agree that this matter, including all claims and counterclaims, may be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

**SO STIPULATED:**

Dated: 9/18/01

JACKSON LEWIS SCHNITZLER & KRUPMAN

Thomas E. Marshall (#155597)
Natalie I. Wyatt-Brown (#260757)
150 South Fifth Street, Suite 2800
150 Fifth Street Towers
Minneapolis, MN 55402
612-341-8131

ATTORNEYS FOR PLAINTIFF

Dated: 9/26/01

HEWITT & HEWITT, P.C.

Christopher M. Hewitt (#0558800)
2612 Thomas
Dallas, TX 75204
214-969-0250

DORSEY & WHITNEY LLP
James D. Kremer (#211461)
220 South Sixth Street
Minneapolis, MNM 55402
612-340-7859

ATTORNEYS FOR DEFENDANT

OCT 0 2 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 0 2 2001
DEPUTY CLERK

**ORDER**

Pursuant to Stipulation of the parties, it is hereby ordered that this action, including all claims and counterclaims, be dismissed with prejudice; each party is to bear its own attorney's fees, costs and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated this 2nd day of October, 2001.

By [signature]
The Honorable Ann D. Montgomery
Judge of United States District Court